**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 17, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00420-CV

IN RE D.G., Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
311th District Court
Harris County, Texas
Trial Court Cause No. 2008-53787

## MEMORANDUM OPINION

On June 2, 2014, relator D.G. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Robert Newey, associate judge of the 311th District Court of Harris County, to vacate his March 17, 2014 temporary orders.

Section 22.211 of the Texas Government Code governs this court's mandamus jurisdiction. *See* Tex. Gov't Code Ann. § 22.221. Section 22.221 expressly limits mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. *See id.*

A court of appeals' jurisdiction does not include writs against associate judges. *See In re J.W.B.*, No. 14-12-00410-CV, 2012 WL 1695208, at *1 (Tex. App.—Houston [14th Dist.] May 15, 2012, orig. proceeding) (mem. op.) (holding appellate court did not have jurisdiction over associate judge); *In re Tex. Dep't of Family & Protective Servs.*, 348 S.W.3d 492, 495 (Tex. App.—Fort Worth 2011, orig. proceeding) (dismissing petition for writ of mandamus against associate judge for lack of jurisdiction). Therefore, this court does not have jurisdiction to issue a writ against the associate judge.

Accordingly, relator's petition is ordered dismissed.


PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.